FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 14, 2014

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GILBERT GUZMAN-SANCHEZ,<br><br>Petitioner,<br><br>vs.<br><br>ATTORNEY GENERAL ERIC H. HOLDER,<br><br>Respondent. | 2:14-CV-0229-JTR<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

Upon the stipulation for dismissal of the parties,

IT IS ORDERED that this matter is dismissed with prejudice and without costs. The Clerk of the Court shall forward copies of this order to counsel for Plaintiff(s) and Defendant(s).

DATED this 14th day of November, 2014.

_____
John T. Rodgers
United States Magistrate Judge

[PROPOSED] ORDER OF DISMISSAL – 1