UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GILBERT GUZMAN-SANCHEZ,<br><br>    Petitioner,<br><br>    v.<br><br>ATTORNEY GENERAL ERIC H. HOLDER,<br><br>    Respondent. | No. 2:14-cv-00229-SAB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT STIPULATED MOTION FOR DISMISSAL** |

Before the Court is Magistrate Judge Rodger's Report and Recommendation to Grant Stipulated Motion for Dismissal, ECF No. 14. No objections to the Report and Recommendation have been filed.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Court **adopts** Magistrate Judge Rodger's Report and Recommendation to Grant Stipulated Motion for Dismissal, ECF No. 14, in its entirety.

2. The parties' Stipulated Motion for Order of Dismissal, ECF No. 12, is **GRANTED**.

3. The above-captioned case is **dismissed** with prejudice and without costs to either party.

///

///

**ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT STIPULATED MOTION FOR DISMISSAL** ~ 1

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close the file**.

**DATED** this 5th day of January, 2015.



_____
Stanley A. Bastian
United States District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT STIPULATED MOTION FOR DISMISSAL** ~ 2